UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-22665-ALTMAN/Reid

ZURU INC.,

   *Plaintiff*,

v.

THE INDIVIDUALS, PARTNERSHIPS,
AND UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

   *Defendants*.
_____/

## FINAL DEFAULT JUDGMENT AND PERMANENT INJUNCTION

In a separate Order [ECF No. 66], we granted the Plaintiff's Motion for Entry of Final Default Judgment [ECF No. 64] as to the Defendants numbered 3, 9, 13, 20, 23, 24, 27, 31, 35, 37 to 43, 48 to 52, 54, 62, 66, 67, 73, 74, 80 to 83, 87, 88, 90, 91, 95, 98, 100, 101, 105 to 107, 110, 111, 116, 121, 122, 125, 127, 128, 135, and 141 to 144 (the "Defaulting Defendants"). Pursuant to Federal Rule of Civil Procedure 58, we hereby **ORDER and ADJUDGE** that:

1.  Judgment is entered in favor of the Plaintiff and against the Defaulting Defendants listed on the attached Schedule "A" as follows:

    a.  <u>Permanent Injunctive Relief</u>: Each Defaulting Defendant listed on Schedule "A" attached hereto, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any Defaulting Defendant having notice of this Order are hereby permanently restrained and enjoined:

        i.  From manufacturing, importing, advertising, promoting, offering to sell, selling, distributing, or transferring any products bearing the federally registered trademarks BUNCH O BALLOONS, BUNCHO, and FILL AND TIE UP TO 100 WATER BALLOONS IN 60 SECONDS! (the "BoB Marks"), or any confusingly similar trademarks, other than those actually manufactured or distributed by Plaintiff; and

    ii. From secreting, concealing, destroying, selling off, transferring, or otherwise disposing of: (i) any products, not manufactured or distributed by Plaintiffs, bearing and/or using the BoB Marks, or any confusingly similar trademarks; or (ii) any evidence relating to the manufacture, importation, sale, offer for sale, distribution, or transfer of any products bearing and/or using the BoB Marks, or any confusingly similar trademarks; or (iii) any assets or other financial accounts subject to this Order, including inventory assets, in the actual or constructive possession of, or owned, controlled, or held by, or subject to access by, any Defaulting Defendant, including, but not limited to, any assets held by or on behalf of any Defaulting Defendant; and

    iii. From copying, displaying, distributing or creating derivative works of the Plaintiff's copyrighted photographs.

b. Each Defaulting Defendant, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any defendant having notice of this Permanent Injunction shall immediately and permanently discontinue the use of the BoB Marks, or any confusingly similar trademarks, or the plaintiff's copyrighted photographs, on or in connection with all Internet based e-commerce stores owned and operated, or controlled by them, including the Internet based e-commerce stores operating under the Seller IDs. This order is limited to the Defaulting Defendant' listings using the BoB Marks, or any confusingly similar trademarks, or the plaintiff's copyrighted photographs, on or in connection with all Internet based e-commerce stores owned and operated, or controlled by them, including the Internet based e-commerce stores operating under the Seller IDs, and does not apply to the Defaulting Defendants' entire e-commerce stores.

c. Each Defaulting Defendant, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any Defaulting Defendant having notice of this Preliminary Injunction shall immediately and permanently discontinue, the use of the BoB Marks, or any confusingly similar trademarks, within domain name extensions, metatags or other markers within website source code, from use on any webpage (including as the title of any web page), from any advertising links to other websites, from search engines' databases or cache memory, and any other form of use of such terms that are visible to a computer user or serves to direct computer searches to Internet based e-commerce stores registered, owned, or operated by any Defaulting Defendant, including the Internet based e-commerce stores operating under the Seller IDs.

d. Defaulting Defendants and all financial institutions, payment processors, banks, escrow services, money transmitters, or marketplace platforms, including but not limited to Temu.com, PayPal, Inc. ("PayPal"), Payoneer, Inc. ("Payoneer"), WorldFirst UK Limited ("WorldFirst"), or PingPong Global Solutions Inc. ("PingPong"), Stripe, Inc. and/or Stripe Payments Company ("Stripe"), LianLian ("LianLian"), and their related companies and affiliates on which this Court imposed restraints under the Preliminary Injunction are ordered to release to Plaintiffs the funds restrained to satisfy the monetary judgments.

      e. Trademark Counterfeiting and Infringement as to all Defaulting Defendants:

           i. Statutory damages of $100,000.00 in favor of Plaintiffs against each Defaulting Defendant pursuant to 15 U.S.C. § 1117(c), for which let execution issue;

      f. Copyright Infringement as to Defaulting Defendants 20, 23, 27, 35, 37, 38, 39, 40, 42, 43, 48, 49, 51, 52, 54, 66, 67, 73, 74, 80, 82, 90, 95, 98, 100, 101, 106, 107, 110, 111, 116, 121, 122, 125, 127, 135, 141, 142, 143, and 144:

           i. Statutory damages of $100,000 in favor of Plaintiff against Defendants 20, 23, 27, 35, 37, 38, 39, 40, 42, 43, 48, 49, 51, 52, 54, 66, 67, 73, 74, 80, 82, 90, 95, 98, 100, 101, 106, 107, 110, 111, 116, 121, 122, 125, 127, 135, 141, 142, 143, and 144, pursuant to 17 U.S.C. § 504(c), for which let execution issue;

      g. Release of bond: The bond posted by Plaintiffs in the amount of $10,000.00 is ordered to be released by the Clerk.

      h. The Court retains jurisdiction to enforce this Final Default Judgment and Permanent Injunction.

2. This case shall remain **CLOSED.**

**DONE AND ORDERED** in the Southern District of Florida on December 22, 2023.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record

SCHEDULE "A"

| DOE Number | Marketplace | Merchant Name | Merchant ID |
|---|---|---|---|
| 1 | temu.com | A day of good life | 262899376432 |
| 2 | temu.com | A hundred years of good | 844755924873 |
| 3 | temu.com | A manicure | 6035649723342 |
| 4 | temu.com | Aberzey | 20452840038 |
| 5 | temu.com | AFLYLY | 5569507439499 |
| 6 | temu.com | ailide dress | 717873743232 |
| 7 | temu.com | AIXHOME | 30542614441 |
| 8 | temu.com | Alibrunk | 4142330240931 |
| 9 | temu.com | ALOON | 5771864043527 |
| 10 | temu.com | AmazingToys | 5111588498012 |
| 11 | temu.com | AMBLER | 22827730302 |
| 12 | temu.com | Amlifewow | 5802509305451 |
| 13 | temu.com | Artforg | 5668388387414 |
| 14 | temu.com | ARTFROG | 2655394899763 |
| 15 | temu.com | Baby Tao | 2765697385212 |
| 16 | temu.com | Beauty Corner | 2703027475574 |
| 17 | temu.com | BGBOOY | 308523483818 |
| 18 | temu.com | BinFen balloon | 2766642836165 |
| 19 | temu.com | Bomvabe | 2061751849037 |
| 20 | temu.com | Bonnie shop | 6241573509588 |
| 21 | temu.com | Cheer Festival Décor | 3042020661767 |
| 22 | temu.com | Cheer SHOP | 2626936521629 |
| 23 | temu.com | CICIWOOD | 5346292781029 |
| 24 | temu.com | Cloudpanda Toy | 20496994788 |
| 25 | temu.com | Colorful party | 4393558227087 |
| 26 | temu.com | Confession balloon | 231434083631 |
| 27 | temu.com | Cool man YOU | 5044038291971 |
| 28 | temu.com | COOLD | 2643691576310 |
| 29 | temu.com | CULPEOFOX | 97866864463 |
| 30 | temu.com | CYZ | 5364731165600 |
| 31 | temu.com | DD Toy Story | 4748594571969 |
| 32 | temu.com | DH PARTY | 146173322273 |
| 33 | temu.com | DingYeBaoZhuang | 292112982211 |
| 34 | temu.com | Dream Street | 6161464758 |
| 35 | temu.com | Dsm grocery | 634418209896774 |
| 36 | temu.com | DTY | 5010723095286 |
| 37 | temu.com | Easney | 46032694402 |
| 38 | temu.com | Easons home | 4218567726862 |
| 39 | temu.com | Ejonir Seven | 345573731094 |
| 40 | temu.com | Elite Select | 5554847006056 |

| 41 | temu.com | Eribo Mother and Baby | 81669152976 |
|---|---|---|---|
| 42 | temu.com | Evergreen Garden O | 4556131320512 |
| 43 | temu.com | Evva intellectual stationery | 92826034139 |
| 44 | temu.com | Fashion boutique selection | 4566638785807 |
| 45 | temu.com | Favorable home | 4672722392413 |
| 46 | temu.com | Fitness equipment shop | 118536263047 |
| 47 | temu.com | Five Star Toy | 5793075421136 |
| 48 | temu.com | flower in brook | 5327790917808 |
| 49 | temu.com | Free movement | 5081972727270 |
| 50 | temu.com | Fun Life Little Home | 4926566078815 |
| 51 | temu.com | FUNNY FUNNY SHOP | 5082939633163 |
| 52 | temu.com | GAIVOTA | 27123196253 |
| 53 | temu.com | GG good thing | 5242117019878 |
| 54 | temu.com | GOGODEPARTMENT | 5456720451282 |
| 55 | temu.com | Guas | 416300939708 |
| 56 | temu.com | HanShan | 2193691625796 |
| 57 | temu.com | Happy balloons | 2656656385650 |
| 58 | temu.com | Happy islands | 464741134160 |
| 59 | temu.com | HonestBoy | 4032701736483 |
| 60 | temu.com | Hongtao Life Museum | 5296243667766 |
| 61 | temu.com | Hsan | 3717211842257 |
| 62 | temu.com | Huaxing toys | 904689434134 |
| 63 | temu.com | huizhou Danchen | 22176355962 |
| 64 | temu.com | Hydro Bear | 25321719972 |
| 65 | temu.com | It Huiping | 5751407598365 |
| 66 | temu.com | jean lin shop | 5042086128655 |
| 67 | temu.com | JESSICAS TOY HOME | 4579575711857 |
| 68 | temu.com | JOEE INFLTABLE | 4912590337660 |
| 69 | temu.com | Joyouss | 5368733397779 |
| 70 | temu.com | kiss kiss | 34852524079 |
| 71 | temu.com | KKTTWW | 2805311501142 |
| 72 | temu.com | LAKA | 70052273432 |
| 73 | temu.com | Lan Lian | 5494756891425 |
| 74 | temu.com | lanyy shop | 315308280777 |
| 75 | temu.com | LarmTek Direct | 40263494886 |
| 76 | temu.com | Lawn Garden shop | 325032467790 |
| 77 | temu.com | LEPIN | 40379329407 |
| 78 | temu.com | LetsFun | 4994904761706 |
| 79 | temu.com | Little Watermelon Department | 2887821113911 |
| 80 | temu.com | LNGOFI | 3988672963361 |
| 81 | temu.com | Lok Tsai daily | 4704712112472 |
| 82 | temu.com | LWFS | 717534329499 |
| 83 | temu.com | Lyle eight | 4510240864095 |

| 84 | temu.com | Majisu LED | 3009411557130 |
|---|---|---|---|
| 85 | temu.com | Mannyshop | 4935389816033 |
| 86 | temu.com | MITU | 3129309261715 |
| 87 | temu.com | Morningbird | 4374431310630 |
| 88 | temu.com | Mr Island | 5957194591042 |
| 89 | temu.com | NAIYONG | 34505946407 |
| 90 | temu.com | nanxinbeihan | 5266169792788 |
| 91 | temu.com | Nature family | 601099514686563 |
| 92 | temu.com | OBTA | 5863000578612 |
| 93 | temu.com | One sells Spring Festival | 1571649244086 |
| 94 | temu.com | Orangejuice Jeweley | 6333943137 |
| 95 | temu.com | Outbreaker | 4473476835563 |
| 96 | temu.com | PARTY CRAFTS | 115033665795 |
| 97 | temu.com | partytime | 4603016923338 |
| 98 | temu.com | Peach Boutique Shop | 5619946182018 |
| 99 | temu.com | pesenar | 5220107496027 |
| 100 | temu.com | Picasso | 6150538051288 |
| 101 | temu.com | PINLIAN digital | 2064588173090 |
| 102 | temu.com | Ranrun Balloon | 3264633489179 |
| 103 | temu.com | Real Ice Bling | 4664381662791 |
| 104 | temu.com | Relaxed happy party | 2580785444550 |
| 105 | temu.com | Sclera | 117961689160 |
| 106 | temu.com | Sell Sweet Balloons | 5874075158292 |
| 107 | temu.com | Senior Ake | 4566337360760 |
| 108 | temu.com | Shunfeng | 4364858096889 |
| 109 | temu.com | SIYUTECH | 4373734688627 |
| 110 | temu.com | SMY Super Factory | 5181548006538 |
| 111 | temu.com | SOUSOU GROWTH DIARY | 4743104780959 |
| 112 | temu.com | STARKISS | 5949718156186 |
| 113 | temu.com | Staycation home life goos | 4554359747682 |
| 114 | temu.com | SUNOTED | 15988009947 |
| 115 | temu.com | Super popular channel | 2246164801915 |
| 116 | temu.com | Taoqing East | 5367112161293 |
| 117 | temu.com | The glass plant | 849091861408 |
| 118 | temu.com | The pavilion of orchid | 98789145396 |
| 119 | temu.com | THM Supply chain | 331851403095 |
| 120 | temu.com | TOYLL | 4161576543144 |
| 121 | temu.com | Trendy LG | 4201342005077 |
| 122 | temu.com | TT Markt | 4816372772478 |
| 123 | temu.com | Vexa | 4645881309162 |
| 124 | temu.com | VSHINETECH | 2867750128315 |
| 125 | temu.com | wanyidalao | 5818355802376 |
| 126 | temu.com | Watermelon watermelon | 3554726131889 |

| 127 | temu.com | Wenjianyue | 5326711746975 |
| 128 | temu.com | Whteattech | 5370151062020 |
| 129 | temu.com | WISH LIFE | 65711499077 |
| 130 | temu.com | wuhuaguo | 5722945524377 |
| 131 | temu.com | WWKKTT | 8022379370 |
| 132 | temu.com | Wzijtjy | 2796685889383 |
| 133 | temu.com | XHJ | 15089240497 |
| 134 | temu.com | Xiao Ting small kun | 3595945676810 |
| 135 | temu.com | Xin is dubious department | 891156118012 |
| 136 | temu.com | Yeahh | 2477358467466 |
| 137 | temu.com | YF Arts and Crafts shop | 5494912200513 |
| 138 | temu.com | YI HENG YOU PIN | 5719009543321 |
| 139 | temu.com | YOCHEN | 300398119070 |
| 140 | temu.com | yorgeous | 5461335324686 |
| 141 | temu.com | You Happy Party | 116813825850 |
| 142 | temu.com | yytos | 4755160952159 |
| 143 | temu.com | Zdddm | 5583585528449 |
| 144 | temu.com | ZGJILHE | 5732159754636 |
| 145 | temu.com | zhejiangqianzhe | 4794495866 |
| 146 | temu.com | Zhengyuan | 2741918649499 |
| 147 | temu.com | Zoylofg | 2631310001633 |
| 148 | temu.com | Childrens Health and Fashion | 4954410647631 |
| 149 | temu.com | wintogether | 145844356060 |
| 150 | temu.com | SGW Supermarket | 5798111286729 |
| 151 | temu.com | Handy Tools | 4071931424008 |
| 152 | temu.com | WeWi HLTH | 723579448919 |